Opinion issued June 28, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00009-CV






MICHAEL J. KAPLAN AND LILA KAPLAN, Appellants


V.


RANDALL'S FOOD MARKETS, INC., D/B/A RANDALL'S FOOD AND
DRUGS, INC. AND SAFEWAY, INC. AS SUCCESSOR TO RANDALL'S
FOOD MARKETS, INC. D/B/A RANDALLS FOOD AND DRUGS, INC., 
Appellee






On Appeal from the 133rd District Court

Harris County, Texas

Trial Court Cause No. 2006-07732






MEMORANDUM OPINION Appellants, Mitchell J. Kaplan and Lila Kaplan, have neither established
indigence, nor paid all the required fees. See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent), 20.1 (listing requirements for establishing
indigence); see also Tex. Gov't Code Ann. §§ 51.207, 51.941(a), 101.041 (Vernon
2006) (listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees in
court of appeals). After being notified that this appeal was subject to dismissal,
appellants did not adequately respond. See Tex. R. App. P. 5 (allowing enforcement
of rule); 42.3(c) (allowing involuntary dismissal of case).

 The appeal is dismissed for nonpayment of all required fees.

 Appellants have failed to timely file a brief. See Tex. R. App. P. 38.8(a)
(failure of appellant to file brief). After being notified that this appeal was subject to
dismissal, appellants did not adequately respond. See Tex. R. App. P. 42.3(b)
(allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.